IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WILLIS,<br>    Plaintiff,<br><br> v.<br><br>NORRISTOWN AREA SCHOOL DISTRICT,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 12-1363 |

## O R D E R

**AND NOW,** this 20th day of February, 2014, upon consideration of defendant's Motion for Summary Judgment (Document No. 18, filed October 1, 2013), Plaintiff Ronald Willis' Answer in Opposition to Defendant's Motion for Summary Judgment (Document No. 19, filed October 25, 2013), and Reply Brief in Support of Defendant's Motion for Summary Judgment (Document No. 21, filed November 8, 2013), for the reasons set forth in the Memorandum dated February 20, 2014, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Norristown Area School District, and **AGAINST** plaintiff, Ronald Willis.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED.**

            BY THE COURT:

            /s/ Hon. Jan E. DuBois
            **DuBOIS, JAN E., J.**